05-18-00160-CV

Filed: 2/19/2018 6:07 PM
Lea Carlson,
District Clerk
Rockwall County, Texas

Barbara Timberlake

## NO. <u>1-16-0782</u>

| | | |
|---|---|---|
| **ELLE MOISDON** | § | **IN THE DISTRICT COURT** |
| **Plaintiff,** | § | |
| | § | |
| **V.** | § | **382ND JUDICIAL DISTRICT** |
| | § | |
| **SKY INTERESTS CORP., MICHAEL P.** | § | |
| **SWIERCINSKY, JOUSHUA** | § | |
| **SWIERCINSKY AND NIKI** | § | |
| **SWIERCINSKY** | § | |
| **Defendants.** | § | **OF ROCKWALL COUNTY, TEXAS** |

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
3/26/2018 2:35:28 PM
LISA MATZ
Clerk

### <u>NOTICE OF CROSS-APPEAL</u>

Plaintiff, Elle Moisdon, party to this case, files this Notice of Appeal seeking to alter the trial court's judgment or other appealable order within the time prescribed by Texas Rule of Appellate Procedure 26.1(d).

The trial court, trial court case number and style of this matter are shown in the above caption.

The judgment or order appealed from was signed on November 8, 2017.

Elle Moisdon desires to appeal.

This appeal is being taken to the 5th Court of Appeals.

This notice is being filed by Elle Moisdon.

Respectfully submitted,

_____
Jason A. Duff
Texas Bar No. 24059696

Email: jasonaduff@hotmail.com
2615 Lee St.
P.O. Box 11
GREENVILLE, TX 75069
Tel. (903) 455-1991
Fax. (903) 455-1417
Attorney for Plaintiff
Elle Moisdon

## CERTIFICATE OF SERVICE

I certify that on February 19, 2018 a true and correct copy of Plaintiff's Notice of Appeal was served on Court Smith electronically through the electronic filing manager.


_____

Jason A. Duff